IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-93-170-CV





THE CITY OF GEORGETOWN, TEXAS; AND PAT HURLEY,


INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY,



 APPELLANTS


vs.





JOE MICHAEL GARCIA AND ESTHER GARCIA,



 APPELLEES



 




FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 368TH JUDICIAL DISTRICT



NO. 91-402-C368, HONORABLE BURT CARNES, JUDGE PRESIDING






 





PER CURIAM



 The parties have filed an agreed motion to dismiss this appeal. The motion is
granted. Tex. R. App. P. 59(a).

 The appeal is dismissed.


Before Justices Powers, Jones and Kidd

Dismissed on Joint Motion

Filed: November 17, 1993

Do Not Publish